This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BELEN GUZMAN,**

    Plaintiff-Appellant,

**v.**                                                                                          **No. 34,086**

**JOHN ALEXANDER RIMBERT,**
**SPRINGLEAF FINANCIAL, INC., aka**
**BENEFICIAL FINANCE, AMERICAN**
**GENERAL FINANCE, INC., RIO GRANDE**
**TITLE CO., and FORD SIMMONS,**

    Defendants-Appellees,

**and**

**SPRINGLEAF FINANCIAL SERVICES, INC.,**

    Cross-Claimant/Counter-Claimant,

**v.**

**JOHN ALEXANDER RIMBERT,**

    Cross-Defendant.


**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**C. Shannon Bacon, District Judge**

Belen Guzman
Albuquerque, NM

Pro se Appellant

John Alexander Rimbert
Albuquerque, NM

Pro se Appellee

The Simons Firm, LLP
Frieda Simons Burnes
Santa Fe, NM

for Appellees

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**

_____

**J. MILES HANISEE, Judge**